1  James M. Wood (State Bar No. 58679)
   Colleen T. Davies (State Bar No. 111371)
2  Karen A. Braje (State Bar No. 193900)
   James M. Neudecker (State Bar No. 221657)
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA 94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA 94604-2084

7  Telephone:   510.763.2000
   Facsimile:   510.273.8832
8
   Attorneys for Defendant
9  Eli Lilly and Company, a corporation

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 RUSTY DOWNS                    | No. C 05-05030 JSW

14          Plaintiff,             | Before the Honorable Jeffrey S. White

15     vs.                         | [PROPOSED] ORDER CONTINUING
                                    | CASE MANAGEMENT CONFERENCE
16 ELI LILLY AND COMPANY,
                                    | Conference Date:  March 10, 2006 (*Tentative*)
17          Defendant.              | Conference Time:  1:30 p.m.
                                    | Location:         Courtroom 2

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 05-05030 JSW                         — 1 —

[Proposed] Order Continuing Case Management Conference

For the reasons set forth in the parties' Joint Case Management Conference Statement, the Court hereby continues the March 10, 2006 Case Management Conference ("CMC") to June 9, 2006 , at 1:30 p.m. In the event this case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Products Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: March 1, 2006 .

_____
The Honorable Jeffrey S. White